" This cause having been heretofore submitted to the Court for decision, and the Court being advised, now orders that the plaintiffs take nothing by their action, and that the defendants have judgment for their costs herein. Entered October 29th, 1877, Minute Book K, p. 197." The notice of appeal was filed November 22nd, 1878.

It is unnecessary for the Court to determine at this time whether the above entry is a judgment or not. If it is a judgment, the appeal was not taken in time, and should therefore be dismissed. If it is simply an order for a judgment, the appeal has been prematurely taken and cannot be entertained.

Order denying motion for a new trial affirmed, and the other appeal dismissed.

THORNTON, J., and MYRICK, J., concurred.

---

[No. 6,031.]
DINGLEY ET AL. v. GREENE ET AL.

APPEAL by the plaintiffs, Dingley et al., from a judgment in their favor, in the Twelfth District Court, City and County of San Francisco. DAINGERFIELD, J.

Case No. 6,030, referred to in the decision, was an appeal from the same judgment, and from an order denying a new trial, by the defendant Anne E. Greene.

Department No. 1, by the COURT:

Upon the authority of *Dingley et al.* v. *Greene et al.*, No. 6,030, (54 Cal. 533) judgment and order denying a new trial reversed and cause remanded.